IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

STANLEY J. MADAY, JR.,

   Petitioner,

                                                               Case No. 18-cv-596-bbc

v.

KEVIN A. CARR,

   Respondent.

## JUDGMENT IN A CIVIL CASE

IT IS ORDERED AND ADJUDGED that judgment is entered denying Stanley J. Maday Jr.'s petition for a writ of habeas corpus under 28 U.S.C. § 2254 and dismissing this case.

| /s/ | February 3, 2022 |
|---|---|
| Peter Oppeneer, Clerk of Court | Date |