# United States District Court
## Western District of Wisconsin

Stanley J. Maday Jr.,
    Petitioner
    v.
Kevin A. Carr,
    Respondent

18-cv-596-bbc

Notice of Appeal

Petitioner, Stanley J. Maday Jr., appearing pro se, approaches the Court with a Notice of Appeal pursuant to Federal Rules of Appellate Procedure, Rule 3, 28 U.S.C.A. Petitioner appeals the Opinion and Order of the United States District Court, Western District of Wisconsin denying Petitioner's petition for writ of habeas corpus dated February 2, 2022. Petitioner appeals this decision to the United States Court of Appeals for the Seventh Circuit.

Dated this 28th day of February, 2022

_Stan Maday_

Stanley J. Maday Jr. 34947
Mike Durfee State Prison
1412 Wood Street
Springfield, SD 57062